**CARELLA, BYRNE, CECCHI,**
**BRODY & AGNELLO, P.C.**
James E. Cecchi
Donald A. Ecklund
5 Becker Farm Road
Roseland, NJ 07068
Telephone:  (973) 994-1700

*Proposed Liaison Counsel for the Class*

[Additional counsel on signature page.]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN BRAZINSKY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T INC., RANDALL L. STEPHENSON, JOHN T. STANKEY, PASCAL DESROCHES, and JOHN STEPHENS,<br><br>Defendants. | Case No. 2:23-cv-04064-KM-JBC<br><br>Hon. Kevin McNulty<br>District Judge<br><br>Hon. James B. Clark, III<br>Magistrate Judge<br><br>**MOTION DAY:** November 6, 2023 |

## REPLY IN SUPPORT OF THE MOTION OF VELLIV, PENSION & LIVSFORSIKRING A/S FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

# <u>TABLE OF AUTHORITIES</u>

**Page(s)**

**Statutes**

15 U.S.C. § 78u-4(a) ...................................................................................................1

Proposed Lead Plaintiff Velliv, Pension & Livsforsikring A/S ("Velliv") respectfully submits this Reply in Support of the Motion of Velliv, Pension & Livsforsikring A/S for Appointment as Lead Plaintiff and Approval of Selection of Counsel (ECF No. 13).

As set forth in its opening brief and response, Velliv suffered substantial losses of approximately $8,019,470 on a last-in, first out (LIFO) basis in connection with its transactions in AT&T Inc. securities during the Class Period and, as a sophisticated institutional investor with approximately $40 billion in assets under management on behalf of more than 390,000 pensioners, readily satisfies the typicality and adequacy requirements of Rule 23 of the Federal Rules of Civil Procedure. *See generally* ECF Nos. 13-1 & 28. No movant has questioned the accuracy of Velliv's financial interest or challenged Velliv's adequacy and typicality. Accordingly, should the Court find that the movants claiming a larger financial interest fail to meet the Private Securities Litigation Reform Act of 1995's criteria for appointment as Lead Plaintiff, Velliv respectfully requests that the Court appoint Velliv as Lead Plaintiff and approve Velliv's selection of counsel. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii).

Dated:  October 30, 2023       Respectfully submitted,

*s/ James E. Cecchi*
James E. Cecchi
Donald A. Ecklund
**CARELLA, BYRNE, CECCHI,**

**BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
Telephone:  (973) 994-1700
Facsimile:  (973) 994-1744
jcecchi@carellabyrne.com
decklund@carellabyrne.com

*Proposed Liaison Counsel for the Class*

**KESSLER TOPAZ
MELTZER & CHECK, LLP**
Naumon A. Amjed
Darren J. Check
Ryan T. Degnan
Joshua S. Keszczyk
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com
dcheck@ktmc.com
rdegnan@ktmc.com
jkeszczyk@ktmc.com

*Counsel for Velliv, Pension & Livsforsikring
A/S and Proposed Lead Counsel for the Class*

2

## <u>CERTIFICATE OF SERVICE</u>

I, James E. Cecchi, hereby certify that on October 30, 2023, I caused a true and correct copy of the foregoing Reply in Support of the Motion of Velliv, Pension & Livsforsikring A/S for Appointment as Lead Plaintiff and Approval of Selection of Counsel to be filed electronically with the Clerk of the Court using the ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: October 30, 2023                    Respectfully submitted,


<u>*s/ James E. Cecchi*</u>
James E. Cecchi
**CARELLA, BYRNE, CECCHI,**
**BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com

*Proposed Liaison Counsel for the Class*